IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER JAY WILLIAMS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 5:12-cv-00183-HL-MSH |
| GRETCHEN HAWKINS, | : |
| Defendant. | : |

## JUDGMENT

This matter is before the Court on Plaintiff's acceptance of Defendant's offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. After due and careful review of the offer and acceptance, and for good cause shown, the Court enters judgment as follows:

1) Judgment shall be entered against Defendant Gretchen Hawkins and in favor of Plaintiff Christopher Jay Williams, in the amount of One Thousand Five Hundred Dollars ($1500.00) in damages, plus the costs (if any) accrued in this action.

2) This judgment is entered solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed either as an admission that any Defendant is liable in this action, or that Plaintiff has suffered any damage.

SO ORDERED this 15th day of October, 2013.

s/Hugh Lawson
Honorable Hugh Lawson
Judge, U.S. District Court
Middle District of Georgia