IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHRISTOPHER JAY WILLIAMS,**<br><br>    Plaintiff,<br><br>v.<br><br>**GRETCHEN HAWKINS,**<br><br>    Defendants. | Civil Action No. 5:12-CV-183 (HL) |

### ORDER

Plaintiff's Motion for Rule Nisi (Doc. 31) and Request for Peremptory Mandamus (Doc. 32) are denied. A judgment in Plaintiff's favor in the amount of $1,500 was entered on October 15, 2013. It is now up to the Plaintiff to enforce the judgment. It is not the Court's responsibility to ensure that Plaintiff is paid. The Clerk of Court is directed to close this case.

**SO ORDERED**, this the 5th day of March, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh